HENRY W. MCMASTER et al., as Receivers of the WABASH PITTSBURGH TERMINAL RAILWAY COMPANY, Appellants, *v.* GEORGE J. GOULD et al., Defendants.

KINGDON GOULD et al., as Executors of GEORGE J. GOULD, Respondents.

*Appeal — denial of motion for substitution of foreign executors in place of deceased defendant — appeal from order of Appellate Division affirming order dismissed.*

*McMaster* v. *Gould,* 215 App. Div. 811, appeal dismissed.

(Argued May 3, 1926; decided May 14, 1926.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 29, 1926, which affirmed an order of Special Term denying a motion to substitute the New Jersey executors of George J. Gould, deceased, in his place as defendants herein.

*James Marshall* and *Louis Marshall* for appellants.
*William Wallace, Jr.,* for respondents.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGH-LIN, CRANE and LEHMAN, JJ.   Absent: ANDREWS, J.